| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § § § § § § § § | |
| *Plaintiff*, | | |
| *versus* | | CIVIL ACTION NO. 1:23-CV-207 |
| $101,020.00 IN UNITED STATES CURRENCY, | | |
| *Defendant*. | | |

**ORDER ADOPTING**
**THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to 21 U.S.C. § 881(a)(6), the United States initiated this civil action, *in rem*, to enforce the forfeiture of Defendant Property. The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court. On October 24, 2023, the United States filed its Motion for Default Judgment and the Clerk of Court filed its entry of default. On March 8, 2024, Judge Stetson entered a Report and Recommendation (#11) in which she recommended granting the Motion for Default Judgment (#8) and vesting in the United States all title, right, or interest in Defendant Property. To date, the parties have not filed objections to the report.

The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge (#11) is **ADOPTED**. The United States' Motion for Default Judgment (#8) is **GRANTED**. Defendant Property $101,020.00 is forfeited to the United States with all right, title, or interest vesting in the United States. Any persons or entities that could claim any right, title, or interest in Defendant Property are divested of any right, title, or interest that they could claim.

SIGNED at Beaumont, Texas, this 27th day of March, 2024.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE